**CITY OF BARRE v. TOWN OF ORANGE, No. 31-78**

January 11, 1979. Adequate findings of fact not having been made, cause reversed and remanded. *Krupp v. Krupp*, 126 Vt. 511, 236 A.2d 653 (1967). *Schweizer v. Town of Pomfret*, 134 Vt. 436, 365 A.2d 134 (1976).

**STATE of Vermont v. Raymond L. REBIDEAU, No. 300-77**

January 12, 1979. The appeal not being timely filed, the motion to dismiss is granted. V.R.A.P. 4.

**STATE TRANSPORTATION BOARD v. Olive M. MAY, et al., No. 265-78**

January 12, 1979. The motion for enlargement of time being unopposed and the brief having been filed on December 15, 1978, the motion is granted.

**L. B. STEVENS COMPANY, INC. d/b/a Stevens Studio v. Christopher BELTRAMI d/b/a The Foto Shop, No. 306-78**

January 12, 1979. The purported appeal in the above entitled cause, not being from a final judgment, the appeal is dismissed and the cause remanded. V.R.C.P. 54(b). The outstanding motions relating to the purported appeal are denied.

**ALLEN ENGINEERING, INC. v. SUMMIT REALTY CORP., No. 318-78**

January 12, 1979. Motion to Enlarge Time is granted.

**STATE of Vermont v. Henry C. HASTINGS, No. 334-78**

January 12, 1979. Motion to dismiss for failure to order transcript timely is denied.